UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RASHAD HASAN,                               Civil No. 16-2990 (JRT/SER)

      Plaintiff,

v.                                              **ORDER**

BANK OF AMERICA, N.A., et al,

      Defendants.

---

Rashad Hasan, 701 Givens Lane, Minneapolis, MN 55411-3341, *pro se* plaintiff.

Keith S. Anderson, **BRADLEY ARANT BOULT CUMMINGS LLP,** One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203, Mark G. Schroeder, **BRIGGS & MORGAN, PA,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendant Bank of America, N.A..

Kevin T. Dobie, **USSET, WEINGARDEN & LIEBO, PLLP,** 4500 Park Glen Road, Suite 300, Minneapolis, MN 55416, for defendants Usset, Weingarden & Liebo, PLLP and David J. Usset.

This matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Steven E. Rau, dated March 22, 2017 [Docket No. 47]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bank of America, N.A.'s ("BANA") Motion to Dismiss [Docket No. 5] be **DENIED** as moot;

2. Defendants Usset, Weingarden, & Liebo, PLLP, and David J. Usset's (collectively, "Usset") Motion to Dismiss [Docket No. 11] be **DENIED** as moot;

3. Plaintiff Rashad Hasan's ("Hasan") Objection and Motion to Remand [Docket No. 14] be **DENIED**;

4. BANA's Renewed Motion to Dismiss [Docket No. 22] be **GRANTED**;

5. Usset's Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 29] be **GRANTED**;

6. Hasan's Motion for Summary Judgment [Docket No. 34] be **DENIED**; and

7. This case be **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 13, 2017
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
U.S. District Court